AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| | |
|---|---|
| United States of America<br>v.<br><br>ALFREDO HERNANDEZ LOPEZ,<br>a/k/a ALFREDO HERNANDEZ-LOPEZ,<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 8:25MJ213<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **April 1, 2025** in the county of **Lancaster** in the District of **Nebraska**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1326(a) & (b)(2) | Illegal Reentry subsequent to a prior aggravated felony conviction |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

CARL L. WISEHART, ICE DO
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: 4/2/2025

_____
*Judge's signature*

City and state: Omaha, Nebraska

RYAN C. CARSON, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALFREDO HERNANDEZ LOPEZ,<br>a/k/a ALFREDO HERNANDEZ-LOPEZ,<br><br>Defendant. | 8:25MJ213 |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT
FOR THE ARREST OF ALFREDO HERNANDEZ LOPEZ**

I, Carl L Wisehart, being first duly sworn, hereby states that:

**INTRODUCTION AND AGENT BACKGROUND**

1. Your Affiant is a Deportation Officer for the United States Department of Homeland Security (DHS) Immigration and Customs Enforcement (ICE) with over eighteen (18) years of federal law enforcement experience, duly appointed according to law and at the time of the events herein was acting in his official capacity.

2. Your Affiant was previously an Immigration Enforcement Agent within ICE that was promoted to a Deportation Officer in 2011. In that capacity your Affiant has had occasion to conduct numerous investigations relating to administrative and criminal violations of the Immigration and Nationality Act (INA).

3. Deportation Officers are empowered to interrogate and arrest with or without warrant, any person believed to be an alien in the United States in violation of law, pursuant to Section 287 of the Immigration and Nationality Act (INA) (8 U.S.C. 1357). This Affidavit is based upon your Affiant's personal knowledge and information provided to him by other law enforcement officers involved in this investigation.

## PROBABLE CAUSE

4. ALFREDO HERNANDEZ LOPEZ, a/k/a ALFREDO HERNANDEZ-LOPEZ, 206 551 346 (hereinafter "defendant") came to the attention of ICE officers in Nebraska on February 1, 2025, after he had been cited by local police for a minor traffic violation. Records checks showed defendant was previously removed from the United States on one prior occasion, the removal occurring after his September 23, 2010, conviction for Conspiracy - Methamphetamine and Cocaine, in the United States District Court for the District of Nebraska (Case Number 4:10CR3031-002), for which a 60-month prison sentence was imposed. Defendant was arrested by ICE at his home in Lincoln, Nebraska, without incident on April 1, 2025. Defendant was transported to the immigration office in Omaha, Nebraska, for processing.

5. Defendant's fingerprints were scanned and submitted into the FBI's Integrated Automated Fingerprint Identification System (IAFIS). The IAFIS system compared defendant's current fingerprint impressions to fingerprint impressions maintained in the database relating to persons who previously had been arrested by DHS or other law enforcement agencies. This comparison revealed defendant had been arrested by DHS previously.

6. As a result of the positive match of fingerprints, your Affiant was able to locate a unique alien registration file (A 206 551 346) relating to this defendant.

7. The defendant's alien registration file contains photographs, fingerprints and immigration documents identifying defendant as a citizen and national of Mexico who was removed from the United States to Mexico on August 8, 2014, pursuant to a final Administrative Removal Order issued on June 24, 2014, in Big Springs, Texas.

8. A search of DHS indices failed to produce any current record of an application for lawful entry or lawful admission into the United States.

9. Your Affiant believes there is probable cause that defendant is in violation of Title 8, United States Code, Section 1326(a) and (b)(2), an alien who is found in the United States after having been removed and who had departed while an order of removal was outstanding and unlawfully re-entered without having obtained the consent of the Secretary of Homeland Security to reapply for admission to the United States.

Your Affiant states that all statements contained in this affidavit are true and correct to the best of his knowledge.

Carl L Wisehart, Deportation Officer
Immigration and Customs Enforcement

SUBSCRIBED and SWORN to before me by telephone or other reliable electronic means this 2nd day April, 2025.

RYAN C. CARSON
United States Magistrate Judge
District of Nebraska